FILED
OCT 23 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN L. REESE,<br><br>             Petitioner,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>             Respondent. | CASE NO. 95-CR-427-H<br><br>**ORDER:**<br>**(1) DENYING REQUEST TO REDUCE SENTENCE; AND**<br>**(2) DISMISSING SUCCESSIVE PETITION FOR WRIT OF HABEAS CORPUS** |

On September 5, 2006, the Court received a letter from Petitioner Nathan L. Reese requesting that the Court reduce his sentence. Petitioner was convicted in 1995, and following several appellate decisions, he was sentenced by this Court in 1998 to 180 months in prison for possession of cocaine base with intent to distribute and for use of a firearm during commission of a drug trafficking crime. On December 20, 1999, Petitioner filed a habeas corpus petition to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. This Court denied the first petition on February 23, 2001.

Because Petitioner asks the Court to modify his sentence, the Court construes his letter as a petition for a writ of habeas corpus. Given that Petitioner's first habeas corpus petition was adjudicated on the merits, however, the instant petition asking the

Court to review and modify his sentence is a "second or successive petition" for purposes of 28 U.S.C. § 2244(b). Before filing a successive petition, Petitioner must "move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. §§ 2255, 2244(b)(3). Section 2244 acts as a gatekeeping provision and imposes stringent restrictions on the filing of second or successive petitions. See Felker v. Turpin, 518 U.S. 651, 662-64 (1996). District courts cannot consider a successive petition until the appropriate court of appeals issues an order authorizing the district court to consider the application. See 28 U.S.C. § 2244(b)(3)(A). Thus, because Petitioner did not obtain an order from the Court of Appeals, this Court may not consider this petition.

Moreover, even if the Court were inclined to reexamine Petitioner's sentence, it would not reduce the sentence given the seriousness of the crimes. To the extent Petitioner seeks relocation to a different detention facility, that decision is left to the discretion of the Bureau of Prisons. Finally, the Court compliments Petitioner on his numerous accomplishments detailed in the attachment to his letter.

For the reasons provided above, the Court **DENIES** Petitioner's request to reduce his sentence and **DISMISSES** the successive petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255.

IT IS SO ORDERED.

Dated: 9/20/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

**Copies To:**
Nathan L. Reese
Reg#01711-112
FPC Montgomery
P.O. Box 2000
Maxwell Air Force Base
Montgomery, AL 36112

U.S. Attorney's Office, Civil Division
880 Front St.
San Diego, CA 92101